STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT L. HODGE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Miriam N. Span* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. David S. Baime* for the respondent.

March 26, 1969. Denied.

CARLTON TOWER COMPANY, PLAINTIFF-PETITIONER, v. CITY OF PASSAIC, DEFENDANT-RESPONDENT.

*Mr. Nicholas Martini* and *Mr. Sam Weiss* for the petitioner.

*Mr. Charles E. Miller* and *Mr. Ladislas F. Feher* for the respondent.

March 26, 1969. Denied.

HELEN B. BRYAN, IND. AND AS EX'X, *ETC.*, PLAINTIFF-PETITIONER, v. HENRY JEFFERS, JR., *ET AL.*. DEFENDANTS-RESPONDENTS AND NEW JERSEY MANUFACTURERS CO., *ETC.*, *ET AL*, DEFENDANTS.

See same case below: 103 *N. J. Super.* 522.

*Mr. Herman W. Kapp* and *Mr. Albert W. Seaman* for the petitioner.

*Messrs. Schneider & Morgan* and *Mr. Robert E. Monaghan* for the respondents.

March 26, 1969. Denied.